KUHNS v. CLARK; *et vice versa.*

LUMPKIN, J. A branch of this case, on exception to a refusal of the court to grant an interlocutory injunction, was decided by this court in *Clark* v. *Macon Telegraph Publishing Co.*, 143 *Ga.* 278 (84 S. E. 577). Clark, the surety last signing the bond, later paid off the execution against the principal and himself and the other person whose name appeared as a surety (Kuhns), and was about to proceed by levy upon property of Kuhns to enforce contribution. (Civil Code, § 3558.) Kuhns moved to set aside the judgment. On the final trial the case by consent was submitted to the presiding judge without a jury. The evidence was in some respects conflicting. A judgment was rendered in favor of Clark, and Kuhns excepted. *Held,* that it can not be declared, as matter of law, that the judgment was unsupported by evidence.

*Judgment affirmed on the main bill of exceptions. Cross-bill of exceptions dismissed. All the Justices concur.*

JULY 11, 1916.

Motion to set aside judgment. Before Judge Pendleton. Fulton superior court. April 28, 1915.

*George Gordon,* for plaintiff.

*Holbrook & Corbett,* for defendant.